## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF NORTH CAROLINA

### Western DIVISION



FILED
FEB -9 2018
PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC
BY _____ JAA _____ DEP CLK

**Kamal Saadallah**

**V.**

**William Zois**

NO. 5:18-CV-54-FL

**COMPLAINT**

**Plaintiff resides at:**

| |
|---|
| **P.O.Box 15665** |
| **Durham, NC 27704** |

**Defendant's names and addresses**

| |
|---|
| **William Zois** |
| **25 Magnolia Avenue** |
| **Denville, NJ 07834-9317** |

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 1 of 23

**Jurisdiction in this court is based on**

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 2 of 23

**The acts complained of in this suit concern:**

## Table of Contents

The Mexican drug dealer William Zois is funding car bombs that kills US and NATO Troops in Syria, Iraq and Afghanistan ........................................................................................13

The Taliban fighter searched my luggage at Union Station in Washington, DC per order from the stupid Mexican drug dealer William Zois........................................................16

Encounter with the Police ....................................................................................21

Police encounter in the State of North Carolina.........................................................24

Durham, North Carolina - 12/04/17 ....................................................................24

Durham, North Carolina - 09/18/17 ....................................................................28

▢ Raleigh, North Carolina - 06/19/17 ..................................................................29

Durham, North Carolina - 06/19/17 ....................................................................30

Raleigh, North Carolina - 04/07/17 .....................................................................31

Durham, North Carolina - 02/07/17 ........................................................................34

Chapel Hill, North Carolina - 08/08/16 .....................................................................35

Rochester, New York - November 2011....................................................................38

Working for US Government entitlement....................................................................40

The Mexican drug dealer William Zois is jamming my phone and computer ...................40

The Mexican drug dealer William Zois told my employers that "Saadallah is a terrorist!" and asked them to "watch Saadallah the terrorist!" and "Terminate Saadallah the terrorist!" ........................................................................................................55

The Mexican drug dealer William Zois hired my nurse and my taxi drivers to spy on me 55

The Mexican drug dealer William Zois rallied my neighbors in Mount Olive, NJ and Raleigh, NC against me .......................................................................................55

The Mexican drug dealer William Zois paid the black gangs in Raleigh to intimidate a disabled sick old man ...........................................................................................56

The Mexican drug dealer William Zois planning to steal my money and property...........56

The Mexican drug dealer William Zois convicted with a crime by Essex County Superior court in NJ.........................................................................................................57

The Mexican drug dealer William Zois faked his own death .........................................57

The Mexican drug dealer William Zois is officially dead.....................................................57

I become paralyzed and disabled because of the interference of the Mexican drug dealer William Zois with my doctors, hospitals, and rehab centers ...........................................57

The Mexican drug dealer William Zois told my financial institutions that "Saadallah is a terrorist!" ........................................................................................................................58

The Mexican drug dealer William Zois told grocery stores in NJ & NC that "Saadallah is a terrorist!" and asked them to "watch Saadallah the terrorist!" .......................................58

In New Jersey:.................................................................................................................58

The Mexican drug dealer William Zois terrorized Shop Rite grocery store in Netcong, NJ. ........................................................................................................................................58

The Mexican drug dealer William Zois terrorized Shop Rite grocery store in Succasunna, NJ .....................................................................................................................................59

The Mexican drug dealer William Zois terrorized Wal-Mart store in Flanders, NJ............59

In North Carolina............................................................................................................60

The Mexican drug dealer William Zois terrorized Food Line at 6209 Rock Query Road, Raleigh, NC 27610 .........................................................................................................60

The Mexican drug dealer William Zois terrorized Wal-Mart store at 4431 New Bern Avenue, Raleigh, NC 27610.............................................................................................61

The Mexican drug dealer William Zois installed FBI spy cameras in my houses in NJ & NC ........................................................................................................................................62

The Mexican drug dealer William Zois is calling the police every time I get out of the house...............................................................................................................................64

The Mexican drug dealer William Zois intentionally and deliberately spreading terror, panic, fear and anxiety in public places.........................................................................65

I was terminated from many employments because of the interference from the Mexican drug dealer William Zois.....................................................................................................66

I was terminated from Teleflex, RTP, NC because of the interference from the Mexican drug dealer William Zois .....................................................................................................66

Teleflex, RTP, NC – Manufacture of Medical Devices - Pharmaceutical Company............66

I was terminated from Johnson & Johnson, New Brunswick, NJ Because of the interference from the Mexican drug dealer William Zois .......................................................................69

Johnson & Johnson, New Brunswick, NJ – Global Pharmaceutical Company ...................69

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 5 of 23

Ortho Clinical Diagnostics, Rochester, NY – Medical Devices Company............................69

I was terminated from Dorman, Colmar, PA because of the interference from the Mexican drug dealer William Zois ..................................................................................................72

Dorman - Colmar, PA - Nationwide Car parts supplier. ...................................................72

I was terminated from Computer Science Corporation, Southborough, MA because of the interference from the Mexican drug dealer William Zois .....................................................73

Computer Science Corporation - Southborough, MA – the largest IT Integrator in USA...73

I was terminated from Sealed Air Corporation, Saddle Brook, NJ because of the interference from the Mexican drug dealer William Zois ..........................................................................76

Sealed Air, Saddle Brook, NJ ..........................................................................................76

I was terminated from DuPont, Towanda, PA because of the interference from the Mexican drug dealer William Zois ..................................................................................................77

DUPONT PLANT- TOWANDA – PA – the largest Chemical Company in USA ......................77

I was terminated from DuPont, WILMINGTON - DE because of the interference from the Mexican drug dealer William Zois ...................................................................................78

DUPONT HEADQUARTER - WILMINGTON – DE – the largest Chemical Company in USA..78

I was terminated from Becton and Dickinson- Franklin Lakes – NJ Because of the interference from the Mexican drug dealer William Zois ....................................................83

Becton and Dickinson- Franklin Lakes – NJ - a pharmaceutical company.........................83

The Mexican drug dealer William Zois is compromising my health and wellbeing. ...............85

The Orthopedic Institute of NJ, Hackettstown, NJ 07840 .....................................................85

Wake Med in Raleigh, NC 27610 ............................................................................................92

I am asking for a compensation for my failing health and becoming disabled and paralyzed ...............................................................................................................................................93

The Mexican drug dealer William Zois's Social Media ............................................................94

The Mexican drug dealer William Zois, breaks into my computer and phone 24/7 .............94

The Mexican drug dealer William Zois installed FBI spy cameras in my houses in NJ & NC .98

The Mexican drug dealer William Zois is taking over my security system .........................104

The stupid Mexican drug dealer William Zois continued his war against Saadallah and his property slapping him with late bogus fees, late attorneys fees even though Saadallah pays his dues in time ...............................................................................................................106

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 6 of 23

Saadallah contacted his attorney E. Frank Dotty informing him that the settlement check was not cashed by Berkshire Hills Association ..............................................................108

My attorney Mr. Dotty told me that Berkshire Hills Association would not play games by not cashing the settlement check of $400.00 sent by registered mail. ..........................109

Contacted my attorney Mr. Dotty about bogus late fees of $1,195.53 sent by the association though I paid my fees in time. They did not cash the settlement check of $400.00.............................................................................................................................110

My attorney Mr. Doty contacted the attorney of Berkshire Hills informing them that the association did not cash the settlement check of $400.00.............................................111

I informed my attorney Mr. Doty the settlement check of $400.00 was not cashed by the association as of 02/10/2004....................................................................................112

I informed my attorney Mr. Doty the settlement check of $400.00 was not cashed by the association as of 02/18/2004 and the lien was not lifted on my property.....................113

My attorney Mr. Doty informed the association's attorney that the settlement was not cashed. Terry Kessler filed *ex parte* judgment against Saadallah ...................................114

The association did not cash the settlement check of $400.00 as of 02/25/2004. I sent more documents to my attorney Mr. Doty ...................................................................115

My attorney Mr. Doty informed the attorney of Berkshire Hills, that the association did not cash the settlement check of $400.00 and they did not lift the lien on my property117

Berkshire Hills did not cash the settlement check per recommendation from the stupid Mexican drug dealer William Zois. My attorney Mr. Doty requested fixing the issue....118

My attorney Mr. Dotty requested an extra retainer of $750.00, I sent to him a check by certified mail...........................................................................................................119

As of 04/07/2004 the settlement check of $400.00 was not cashed, Passaic County Court advised to file a motion to lift the lien on my property, I asked for Mr. Doty's opinion.120

My attorney Mr. Doty asked Terry Kessler to remove/vacate said judgment. Otherwise he shall file a Notice of Motion to Vacate and request Cost and Counsel Fees..............121

Contacted my attorney Mr. Dotty about ex parte judgment against me, Mr. Dotty threaten association's attorney to file for counsel fees if they don't fix the issue .........122

I informed my attorney Mr. Doty that the settlement check of $400.00 was not cashed by the association as of 04/22/2004.....................................................................123

I asked my attorney Mr. Dotty to file a motion to move or vacate judgment. The association sent me a statement of bogus late fees totaling $2,452.23, this is a highway robbery.............................................................................................................125

Case 5:18-cv-00054-H   Document 1   Filed 02/09/18   Page 7 of 23

My attorney Mr. Doty asked Terry Kessler "why he would pay me an additional retainer which exceeds the amount of the settlement check if he did not send it in the first place" ...................................................................................................................................126

Saadallah filed a Motion to vacate the default and stay the order for execution - Berkshire Hill Condo V. Leo Saadallah – Docket No: PAS DC 008645-03. .......................127

How business is conducted in Berkshire Hills, Denville, NJ: .........................................128

List of Harassments by Berkshire Hills Associations / Wentworth Property Management ...................................................................................................................................129

The Mexican drug dealer William Zois's steal other people garbage can, put it on my property...................................................................................................................129

The stupid Mexican drug dealer William Zois's 24/7 annoying phone Calls:..................129

The stupid Mexican drug dealer William Zois Dumping the Garbage in my Driveway:...132

The stupid Mexican drug dealer William Zois and his Mexican woman the demon from hell stole my Garage Door Signal: ................................................................................133

The stupid Mexican drug dealer William Zois and his Mexican woman the demon from hell now issuing new watching TV Regulations: ...........................................................134

The stupid Mexican drug dealer William Zois and his stupid Mexican woman the demon from hell decided to kill me:.......................................................................................135

On 05/04/2004 Saadallah filed certification in support of a motion attachment in New Jersey Superior Court. ...............................................................................................136

FORM B – CERTIFICATION IN SUPPORT OF A MOTION ATTACEHMET...........................136

On 05/06/2004 Saadallah submitted Response to Notice to Debtor regarding Berkshire Hill Condo. VS. Leo Saadallah – Docket No: PAS DC 008645-03. ...................................140

Reply to Certification in Opposition to Defendant's Motion to vacate the default and stay the order for execution ................................................................................................143

The Bank of New York put a levy on my bank account per Terry Kessler the liar...........154

Passaic County court asked me not to go to a motion hearing on 07/30/04. The court would notify me with the outcome of the motion.......................................................155

Superior Court of New Jersey  Civil Motion Calendar Case Detail .................................158

My attorney sent a letter to Judge Ronald B. Sokalski about the breach of the settlement agreement by Berkshire Hills and their improper collection practices. .........................159

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 8 of 23

My attorney sent a letter to Judge Ronald B. Sokalski about her attempt to resolve the matter with Hill Wallack the attorney of Berkshire Hills who refused to acknowledge the evidence ................................................................................................................... 160

My attorney sent a letter to Terry Kessler explaining that Pamela Pasquelette who is working for Berkshire Hills singed for a registered mail sent by Saadallah with settlement check. ................................................................................................................... 161

My attorney sent a letter to Terry Kessler explaining that Pamela Pasquelette singed for the settlement check and asked her to withdraw the motion to turn over the funds .... 165

My attorney sent a letter to Judge Ronald B. Sokalski with a copy of a motion by Mr. Saadallah as he has additional proof that he did not violate the settlement agreement166

The Stupid Mexican drug dealer William Zois continued his war against Saadallah using Berkshire Hills association money and lawyers to steal his bank account and property.167

Saadallah replied on Berkshire Hills/Wentworth Management Late Notice of Fabricated Late fees ordered by the stupid Mexican drug dealer William Zois. ............................... 168

My attorney asked Saadallah to put a stop payment on the settlement check ordered by Superior Court of New Jersey and asked for a copy of my bank statement ................... 169

My attorney asked Saadallah to bring the original postal receipts for the registered mail for settlement check sent to the association and my bank statement .......................... 170

My attorneys issued a Subpoena Ad Testificandum to be served upon Pamela Pasquelette who signed for the registered mail #RB871633983US that has the Settlement check ................................................................................................................... 171

The State of New Jersey, Subpoena AD Testificandum to Pamela Pasquelette.............. 172

My attorney Jackie asked Saadallah to come to her office with the association monthly fees, cancelled checks for maintenance fees, all notices of assessment and bank statements ................................................................................................................ 174

Andrew McDonald the attorney of Berkshire Hills sent a letter to my attorney saying that Saadallah settlement payment of $900.00 would result in a zero balance as of August 1, 2004 ............................................................................................................... 175

I gave my attorney authorization to sign for me for the release of the settlement with Berkshire Hills, including the handing over my settlement check of $900.00 to Hill wallack ................................................................................................................... 176

My attorney sent a letter to Hill Wallack enclosing the release and my check for $900.00 asking Hill Wallack to sign the stipulation of dismissal. ................................................ 177

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 9 of 23

Saadallah emailed his attorney with special assessments cancelled checks for June, July, and August 2004 ........................................................................................................ 178

My attorney sent a letter to Judge Sokalski asking him to cancel the motion hearing scheduled for September 10, 2004. ........................................................................... 179

My attorney sent a letter to the clerk of Passaic County Superior Court asking him to file the stipulation of dismissal with prejudice. ................................................................ 180

My attorney sent to Terry Kessler the attorney of Berkshire Hills a copy of Stipulation of Dismissal and asked her to forward the discharge of lien in order to record it. ............. 181

My attorney filed a Stipulation of dismissal with prejudice with Superior Court of New Jersey ........................................................................................................................ 182

My attorney sent a letter to Morris County Clerk to record discharge of lien on my property ....................................................................................................................... 183

The stupid Mexican drug dealer William Zois continued his war against Saadallah and his property charging him bogus fees of 1,448.27 ................................................................ 184

Sergent Robert Schiffman of Superior Court of New Jersey sent me a letter for the release of the levy on bank account .......................................................................................... 186

My attorney sent a letter to Terry Kessler about my association for October, 2004 with a total of $1,448.27 of bogus, outrageous, unjustified fees ................................................ 187

I wrote a letter to my attorney about the association outrageous, bogus, fabricated fees on my account statement ............................................................................................. 188

My attorney sent a letter to Terry Kessler the attorney of Berkshire Hills Association concerning the outrageous, bogus fees on Saadallah account .................................... 191

Terry Kessler the attorney of Berkshire Hills Association sent a fax to my attorney lying about a bogus incident with the liar board President Yvette Seoane. ........................... 192

My attorney sent a letter to Terry Kessler the attorney of Berkshire Hills Association concerning the outrageous fees on Saadallah account ............................................... 193

Terry Kessler the attorney of Berkshire Hills Association sent a fax to my attorney enclosing the adjusted account statement for Mr. Saadallah. ..................................... 194

I wrote a letter to my attorney about the bogus incident by the liar Terry Kessler the attorney of the Association and the liar Yvette Seoane president of the association .... 195

I wrote email to my attorney about how the stupid Mexican drug dealer William Zois persuaded Denville Police Department to stop my car and ticket me ........................... 196

I wrote a letter to my attorney about how the stupid Mexican drug dealer William Zois persuaded Denville Police Department to stop my car and ticket me ........................... 197

The stupid Mexican drug dealer William Zois told Berkshire Hills association not to repair the broken gutter above my patio which is the responsibility of the association .......... 200

New Jersey State Police chasing my car per orders from the stupid Mexican drug dealer William Zois ................................................................................................................ 203

The Mexican drug dealer William Zois compromises my brokerage account at Interactive Brokers ...................................................................................................................... 204

Joined Interactive Brokers, LLC in Greenwich, CT on 03/09/16 ............................................ 204

The Mexican drug dealer William Zois interferes with my TWS Trading sessions ................. 205

The Mexican drug dealer William Zois changed the configuration of my TWS trading software ................................................................................................................................ 206

The Mexican drug dealer William Zois logged me off while I am in TWS trading session ...... 207

The Mexican drug dealer William Zois trying to sell my stocks during my TWS Trading sessions ................................................................................................................................ 208

Contacting Interactive Brokers, LLC about the Mexican drug dealer William Zois ................ 209

Filling a Complaint with Interactive Brokers, LLC ................................................................ 210

Interactive Brokers, LLC goes after the customer and not after the Mexican drug dealer William Zois ....................................................................................................................... 212

Interactive Brokers, LLC refused to give me my money back per first check withdrawal order #46026698 dated 09/05/17 ........................................................................................... 214

Interactive Brokers, LLC cancelled my first check withdrawal order #46026698 dated 09/05/17 ................................................................................................................................ 217

Interactive Brokers, LLC cancelled my second check withdrawal order #46334033 dated 09/11/17 ............................................................................................................................ 219

Interactive Brokers, LLC cancelled my third check withdrawal order #46647286 dated 09/20/17 ............................................................................................................................ 221

Interactive Brokers, LLC cancelled my fourth check withdrawal order #46686800 dated 09/21/17 ............................................................................................................................ 222

Submission of a fifth check withdrawal order on 09/28/17 ................................................. 223

Check withdrawal transaction history in the past 90 days. ................................................. 228

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 11 of 23

**Interactive Brokers, LLC cancelled my fifth check withdrawal order #47099509 dated 09/28/17** ................................................................................................................229

**Kamal Saadallah seeks the following relief:** ......................................................................230

I am asking for a compensation for my failing health and becoming disabled and paralyzed ........................................................................................................................................230

## The Mexican drug dealer William Zois is funding car bombs that kills US and NATO Troops in Syria, Iraq and Afghanistan

- Car bombs that kill American troops and allied NATO troops are made in USA funded by US Treasury courtesy of the Mexican drug dealer William Zois. If you want to send car bombs from US to kill American Troops in Syria, Iraq and Afghanistan that is your bad choice, but do not send car bombs made in USA to kill allied NATO troops, these troops are there to help you out, assist, and coordinate with you in the fighting, it is not fair to them to send their soldiers in gaskets to their homeland whether it is Germany, UK or other NATO allied countries.

- The Mexican drug dealer William Zois is funding the criminals of Timothy McVeigh sleeping cell, which consists of 50 or more thugs, thieves, outlaws, ex-convicts, hard core criminals and burglars residing at 35 Dorset Drive, in Hackettstown, NJ 07840.

- The Mexican drug dealer William Zois is paying them up to $100,000 or more from US Treasury, the money is used in buying drugs, booze, partying and building car bombs that kill our US troops and allied NATO troops in Syria, Iraq and Afghanistan. The Mexican drug dealer William Zois paying those thugs of Timothy McVeigh sleeping cell also to "watch me!" harass and intimidate me.

- Nothing cheaper in the United States than the blood of a US soldier who is serving his country in Syria, Iraq and Afghanistan. The criminals of Timothy McVeigh sleeping cell build their car bombs next to my house in Hackettstown, NJ, in their garage which has three doors, they also have an camouflaged old grey shed which cannot be recognized from the road, as it is blended with the tall trees and bushes, also it cannot be recognized from an air surveillance. All day you can hear the horrible noise of drilling, cutting, grinding, flatten and welding iron in their car bomb factory in the camouflaged shed at the end of their property.

- The car bomb manufacturing is shrouded with secrecy, it is assembled in the middle garage door, they have equipments that lift the car up and down similar to what is in car dealership, they have draws of all kind tools, this is a big operation, the first and middle garage doors are always closed, the third garage door is open most of the time, so the criminals of Timothy McVeigh sleeping cell can get in and out, their drive way is always packed with at least eight cars, they also have three or four cars parked in front of their house.

- I get very nervous when they park their cars in front of my house, I do not want them to blow up my house with their car bombs. When I saw one of their cars parked in front of my house, I

Case 5:18-cv-00054-H     Document 1     Filed 02/09/18     Page 13 of 23

get out and take a picture of it, in case something happened there is a record of it, so it does not turn into a cold case that takes up to forty years to resolve.

- When the car bomb assembly is complete, Timothy McVeigh sleeping cell bring in a big black car trailer, they tow it using their Ford bed truck, they open the car trailer, then they drive the car bomb into the trailer, they close the trailer door, put a lock on it, they always doing that late night when everyone is sleeping, it is bitch black in Dorset Drive, Hackettstown, NJ at night there is no street lights, that is the perfect condition to get the car bomb out of town, out of the country where it will be used by ISIS, AL Qaeda or the Taliban to kill and injure our American Troops and the Allied NATO Troops in Syria, Iraq and Afghanistan.

- The car bomb operation is directed, funded, orchestrated by the Mexican drug dealer William Zois who is working for US Government, in reality he is not working for US Government, he is working for the Mexican drug smugglers and the Mexican drug cartel. What is the reward of manufacturing car bombs in Hackettstown, NJ, the Mexican drug dealer William Zois will reward them with a large stash of narcotic mostly Heroin from the Taliban, Al Qaeda and ISIS.

- The other day Timothy McVeigh sleeping cell was parking his SUV in front of my house, there was no cars parking in front of his house, that day there was three cars parked in his drive way. His drive way takes up to eight cars, why just park his car in his drive way, I have landscapers coming, they have a trailer for landscape equipments, where are they going to park? As a courtesy I told my landscapers not to park in front of my neighbor's houses. But Timothy McVeigh sleeping cell is getting paid up to $100,000 or more from US Treasury by the Mexican drug dealer William Zois to harass and intimidate me. They do not want to lose all that free money from US Treasury, beside they wanted the Mexican drug dealer William Zois to be happy, so the free money from US Treasury keep coming.

- Timothy McVeigh sleeping cell brought stacks of Heroin from their third garage door to the street in front of my house and stack them on the hood of their SUV, they made many trips until the stacks of Heroin looks like a mountain on the hood of the SUV. I was watching them from my front door; I would estimate the value of that Heroin from three to five million dollars, comparing it with the estimate that we saw on the news of narcotic bust by the authorities. This is the blood money, the blood of US troops and the blood of the allied NATO Troops who are killed by car bombs made in US by those thugs in exchange of Narcotic mostly Heroin.

- Timothy McVeigh sleeping cell and his woman walked from their third garage door to their SUV in front of my house, and loaded the stacks of Heroin from the hood of the SUV to the back seat of their SUV. Timothy McVeigh sleeping cell backed his SUV in front of my house into their drive way, then his woman opened the front right door where she was sitting and cursed me as I was watching them.

- Car bombs that kill our American Troops and the Allied NATO Troops in Syria, Iraq and Afghanistan are made in the United Sates by American Citizen with six point ID, with valid driver license, valid US Passport directed, funded, orchestrated by the Mexican drug dealer William Zois who is working for US Government. The Mexican drug dealer William Zois should be tried and charged with killing our American Troops and Allied NATO Troops in Syria, Iraq and Afghanistan and must be executed by firing squad.

Case 5:18-cv-00054-H    Document 1    Filed 02/09/18    Page 15 of 23

**The Taliban fighter searched my luggage at Union Station in Washington, DC per order from the stupid Mexican drug dealer William Zois**

- The other day I was travelling from Newark, NJ to Raleigh, NC by Amtrak at 7:25 AM, in 2014 as I was waiting for the train arrival on Amtrak platform, I noticed that a man with white beard, about six feet tall, wearing something like a skirt, and a turban the type of clothes that is worn by the Taliban fighter in Afghanistan, meantime there was a white blond petite young woman came and stand next to me, she did not just stand next to me but she was very close to me, I would say "snug" next to me, as if she was afraid that she might lose me that is very strange. I don't know her and never met her before.

- The Carolina train arrived, I presented my ticket to the conductor, she gave me a seat number, when I reached the designated seat, I saw the same white blond petite young woman sitting next me. She greeted me and I greeted her. How come that I was sitting next to the same woman who was standing "snug" to me on Amtrak platform in Newark, NJ train station? Was that a co-incident? Or there was some kind of strange arrangement done in the background where by the conductor was instructed ahead of time that I and the white blond petite young woman should sit next to each other. I did not talk to the white blond petite young woman sitting next to me; I am not in the business of bothering people or violate their privacy as she was busy with her phone and laptop.

- Upon arrival at Union train station in Washington, DC there was about half an hour break, where Amtrak crew would change the train engine from electric engine to diesel engine, I was sitting next to white blond petite young woman, all the sudden there was that Taliban fighter with white beard and long skirt coming from the front of the car toward me walking slowly looking at the luggage racks on the left then on the right, well this Taliban fighter was sitting in the front of the car, that means his luggage is at the front of the car not in the middle of the car where I was sitting, so what was the Taliban fighter looking for?

- All the sudden the Taliban fighter was feeling and squeezing my small bag, where I keep my medications, my socks and toiletries, the Taliban fighter kept squeezing and feeling my small bag, then the Taliban fighter lifted my bag many times, to see how much it weight! I was sitting frozen in my chair from the surprise, what a hell is going on? Why was this Taliban fighter feeling, squeezing and lifting my small bag? There are hundreds of bags on the train, why the Taliban fighter selected my small bag? To my surprise when the woman sitting next to me saw the Taliban fighter feeling, squeezing and lifting my small bag she jumped from her seat and crossed the isle and grabbed her bag from the luggage rack which was next to my small bag which the Taliban fighter was feeling, squeezing and lifting!

- Why the Taliban fighter was feeling, squeezing and lifting my small bag? Why he walked all the way from the front of the car to the middle of the car where I was sitting? Why the Taliban fighter was looking for in my luggage? Was that a co-incident? Why the woman sitting next to me jumped from her seat and crossed the isle and grabbed her bag from the luggage rack? While the Taliban fighter was feeling, squeezing and lifting my small bag? Was her sitting next to me on the train a co-incident? Was her standing "snug" next to me on the Amtrak platform in Newark, NJ a co-incident? Why Amtrak conductor arranged that we should be sitting next to each other? Was the entire event a co-incident? Or was it preplanned? My best bet, it was preplanned between Amtrak conductor, the stupid Mexican drug dealer William Zois, the Taliban fighter and the white blond petite young woman?

- That simply means that the Taliban fighter and the white blond petite young woman were paid actors by the stupid Mexican drug dealer William Zois who paid them fat checks from US Treasury to satisfy his Mexican heroin insanity! Why the stupid Mexican drug dealer William Zois hired the Taliban fighter to search my luggage? What is the relationship between the stupid Mexican drug dealer William Zois and the Taliban fighter?

- The stupid Mexican drug dealer William Zois is tracking my finances and my credit card transactions, as he is planning to steal my bank account and my property? The stupid Mexican drug dealer William Zois is tracking my Amtrak reservation and he knew ahead about my train departure from Newark train station in NJ couple of days in advance.

- The stupid Mexican drug dealer William Zois arranged for the Taliban fighter and the white blond petite young woman to spy on me on the train! The stupid Mexican drug dealer William Zois gave the Taliban fighter and the white blond petite young woman my picture and picture of the luggage that I am carrying and asked them to inspect my luggage! What is the stupid Mexican drug dealer William Zois is looking for? In fact he was looking for strengthen his relationship with the Taliban fighters in US and Afghanistan so he can get a free endless supply of Taliban heroin to satisfy his heroin addiction, his heroin hallucination, his heroin stupidity, his heroin hysteria, his heroin Schizophrenia and his heroin insanity!

- Why the stupid Mexican drug dealer William Zois choose the Taliban fighter to search my luggage at Union train station in the nation capital - Washington DC? What is the relationship between the stupid Mexican drug dealer William Zois and the Taliban fighter? How the stupid Mexican drug dealer William Zois got to know the Taliban fighter?

- From the events mentioned above we can conclude the followings:

- The Taliban fighter is a confidant for the stupid Mexican drug dealer William Zois that means the Taliban fighter will do whatever the stupid Mexican drug dealer William Zois asked him to do.

- The expenses of the Taliban fighter in the United States are paid by the United Sates Government and US Treasury. That includes his train fares, hotels, meals and flights inside USA beside his flights from and to the Taliban territories in Afghanistan.

- How many Taliban fighters are working for the stupid Mexican drug dealer William Zois? What is the purpose of their presence in the United States especially in Washington, DC area? Do they have a plot against our nation? Is the stupid Mexican drug dealer William Zois is plotting to destroy our nation using the Taliban fighters in Washington, DC area? The stupid Mexican drug dealer William Zois does not care who lives or dies as long as there is a steady stream of free heroin supply from the Taliban fighters to satisfy his heroin addiction, his heroin hallucination, his heroin stupidity, his heroin hysteria, his heroin Schizophrenia and his heroin insanity!

- Is the stupid Mexican drug dealer William Zois working with the Taliban fighters by himself only or it is a joint task force with other Mexicans in United States Government? This incident on the train open a door and flood of questions about the relationship between the Taliban fighters in USA and the Mexicans in US Government? Is anybody beside the Mexicans in US Government is aware of what is going on between the Mexicans in US Government and the Taliban fighters in USA and other Taliban fighters in Afghanistan?

- The Mexicans in US Government might say that the Taliban fighters in USA are here to fight "terrorism" this assumption may not be true? If we look at the big picture and examine the fact that the Taliban fighters in Afghanistan need badly car bombs and explosive to gain the upper hand in the fight against Afghan government troops and kill and injure US Troops and the allied NATO troops, on the other hand there is a lucrative market for the Taliban narcotics in USA that the Mexicans in US Government can benefit from financially, the sky is the limit it could be millions or billions of dollars in pure cash, sure nobody knows about this operation except the Mexicans in US Government , sure they will keep it very discrete in their secretive society.

- How is the relationship between the Mexicans in US Government and the Taliban fighters in USA and the Taliban fighters in Afghanistan going to work? First the Mexicans in US Government has access to wide Varity of intelligence in US Government, that will tell them who is who in the narcotic business in Afghanistan, when the crops are planted and when it is harvested, what are the prices and how it get transported outside Afghanistan, 90% of opium in the world come from Afghanistan, so there is a lucrative market for the Taliban narcotics that the Mexicans in US Government can benefit from tremendously.

- How this is going to work? The Mexicans in US Government need the afghan narcotics to make millions of dollars in profit on the other hand the Taliban fighters need car bombs and explosive to gain the upper hand in their fight against Afghan Government troops and kill and injure US troops and allied NATO troops.

- Then we reach the conclusion that the Taliban fighters in USA are not here to fight "terrorism" but they are here in the USA for something else! That is to communicate with the Taliban fighters in Afghanistan to arrange shipments of Afghan narcotics to USA in exchange of explosives and car bombs from USA delivered by the Mexicans in US Government.

- The scenario goes like this, Taliban narcotics are smuggled from the Taliban territories in Afghanistan to the Taliban territories in Pakistan, then the Taliban in Pakistan will smuggle the Taliban narcotics to shipping harbors in Pakistan, then it is shipped to the United States in many ways, either by itself or in containers that contains Pakistani Textile or other Pakistani goods heading to USA ports directly, or it could go into a transition port where it is relabeled and repackaged with different shipping paper, then it is shipped to US ports.

- The ideal ports to receive smuggled Taliban narcotics are Port Newark, NJ and Port Elizabeth, NJ which has large populations of Mexican organized crimes. Once the Taliban narcotics reach Port Newark, NJ or Port Elizabeth, NJ it is downloaded from the ships to US Government trucks under the supervision of Mexicans in US Government, either Mexicans in US law enforcement, or Mexicans in US homeland security where the Mexicans can twist and break the laws of the land for their advantage, their profits of millions of dollars and their wealth.

- The Taliban narcotics are transported under heavy security from Port Newark, NJ or Port Elizabeth, NJ under the supervision of Mexicans in US Government, they might label the Taliban narcotic as highly classified material headed for US Government warehouses, then it get smuggled to stash houses under the supervisions of the Mexicans in US Government.

- The Taliban narcotics are then sold to the Mexican drug smugglers in USA with New York Market prices. The Mexicans in US Government got the Taliban narcotics with pennies on the dollar, and then it is sold to the Mexican drug smugglers in USA with New York Market prices.

- The Mexicans in US Government then are pocketing millions of dollars in pure cash that is tax free and it cannot be traced to its origin , there is no receipts, there is no inventory papers, there is no IRS, there is no 1040, there is no income tax, there is no accountants, no lawyers, no headaches,  it is just pure cash to buy luxury houses in the Hampton or New York City,  buy luxury imported automobiles from Italy, buy fancy restaurants, buy high scale coffee shops, Send kids to Harvard and no worries  about student loans, no worries about retirements, no worries about credit card debits, no worries about the stock market,  it is the good life.
This is the blood money, the blood of US Troops and the Allied NATO troops killed or injured in the fighting with the Taliban fighters in Afghanistan.

- The Taliban narcotic smuggled by Mexicans working in US Government will allow the Mexican drug smugglers to avoid the road blocks, the searches by US authorities from the Mexican border to New York and beyond, that would be beneficial to the Mexican drug smugglers, since the trip from Newark, NJ to New York is a short distance compared to the grueling routes from the Mexican border to New York and beyond, beside the capture of their narcotic stash becomes minimum or null .

- In exchange of the Taliban narcotics, the Mexicans in US Government will smuggle US explosives and US car bombs to the Taliban fighters in Afghanistan, to kill and injure US troops and Allied NATO troops. The Mexicans in US Government care less about US troops and Allied NATO troops who are killed and injured  in fighting against the Taliban fighters in Afghanistan all they care about is making money, making millions of Dollars, that millions of Dollars is the blood money, the blood of the injured and killed US troops and allied NATO troops in the fighting in Afghanistan.

- All Mexicans in US Government that are involved  in the scheme of Taliban narcotics in exchange of US car bombs and US explosive that killed and injured US troops and allied NATO troops in Afghanistan including the stupid Mexican drug dealer William Zois must be court marshaled and executed by firing squad.

- The Mexicans in US Government created by their criminal actions a misery and pain in the life of the military families who are serving their country in Afghanistan, they created thousand of orphans across USA. The Mexicans in US Government who are involved in that scheme care less about the wellbeing of US troops and allied NATO troops, all they care about is the millions of dollars that they are making  on the expense of killed and injured US Troops and allied NATO troops.

Kamal Saadallah

Page 20

## Encounter with the Police

- Now we are having a Mexican commander in chief for the United States of Mexico, that Mexican commander in chief is the Mexican drug dealer William Zois who is a thug, a thief, a felon, a criminal, and a drug dealer. Who in US Government gave the Mexican drug dealer William Zois his current job without doing a criminal background check? The administration office of courts in the state of New Jersey shows that the Mexican drug dealer William Zois was convicted with a crime by Essex County Superior court in NJ. Disposition date 01/25/2008, Case Number ESX07001707ZOIWIL.

- The Mexican drug dealer William Zois is calling the police every time I get out of the house using US Government's GPS which tracks my cell phone. Whenever I go to the grocery store, the Hospital, the Doctor's office, the Rehab center or the Pharmacy to pick up my paralysis medications, there is always a police car waiting for me there or following my taxi, putting my life at great risk that could result in the police is shooting Saadallah the disabled sick old for doing nothing, as a result of the Mexican drug dealer William Zois's malicious, fabricated, bogus, unfounded allegations that never existed in the first place!

- The Mexican drug dealer William Zois is telling the police that "Saadallah is a terrorist!" and he asking the police to deploy from one to three cars to "Watch Saadallah, the terrorist!" I have seen that in The State of North Carolina, the State of New Jersey and the State of New York. This is going on for twenty years; the Mexican William Zois thinks that people's life is joke.

- Now we are having a Mexican drug dealer, a Mexican thief, a Mexican thug, a Mexican felon who was convicted with a crime by Essex County Superior court in NJ. Disposition date 01/25/2008, Case Number ESX07001707ZOIWIL. That Mexican drug dealer is classifying innocent people as "terrorist "and "non-terrorist".

- What is the Mexican drug dealer William Zois is looking for? He is looking for stealing my bank account and property. The Mexican William Zois thinks that my property and my bank account is his retirement golden nest. The Mexican drug dealer William Zois is locating my location using US Government's GPS, and then he call the Police with unfounded, fabricated, bogus malicious allegations that never existed. The Mexican drug dealer William Zois is hoping that the police would shoot Saadallah the disabled sick old man based on his lies and deception.

- That way the Mexican drug dealer William Zois could empty my bank account, as he knows my on line banking user ID and password, he knows my social security number, my bank account number, when it was open, if the bank asked him a security questions that identify the owner of the account, the Mexican drug dealer William Zois knows all the answers to all security questions, from birth date, to social security number, to security questions and

---

answers as the Mexican drug dealer William Zois is tracking my computer activity and phone conversations 24/7. Working for US Government does not entitle the Mexican drug dealer William Zois to steal my bank account and property.

- The Mexican drug dealer William Zois has access to the deed of my house as it is stored on my computer, he can sell my property from the comfort of his home and the money from selling my house is wired to his bank account. This way he can secure his retirement golden nest.

- The Mexican drug dealer William Zois is intentionally and deliberately spreading terror, panic, fear and anxiety in public places such as Super Markets, Shopping Centers, Hospitals, Doctor's offices, Rehab Centers, Work Places in fortune one hundred and five hundreds companies, neighborhoods in North Carolina, New Jersey and New York, to serve his personnel interest, the interest of the Mexican drug smugglers and the interest of the Mexican drug cartel.

- I am asking The United States District Court respectfully to take US Government GPS away from the Mexican drug dealer William Zois and prosecute him to the fullest extent of the law for his crimes, he is not fit to serve the United States in any capacity, he build his courier on lies and deception, harassing, intimidating Saadallah the disabled sick old man, putting his life at great risk, his motive is to have the police shoot Saadallah the disabled sick old man so he can steal Saadallah the disabled sick old man money and property.

- The Mexican drug dealer William Zois is commanding all Police stations across USA to watch, follow, harass, and intimidate Saadallah the disabled sick old man. The stupid Mexican drug dealer William Zois contacted police stations in New York, New Jersey and North Carolina and scared the hell out of them and briefed them with his Mexican Heroin hallucination, Mexican heroin hysteria, Mexican heroin stupidity, Mexican heroin schizophrenia, Mexican heroin paranoia, Mexican heroin delusion, Mexican malicious, unfounded, bogus allegations and fabricated police reports that he was making in Denville Police Department, NJ.

- The stupid Mexican drug dealer William Zois told police stations in New York, New Jersey and North Carolina that "Saadallah is a terrorist!" And asked the police to "watch Saadallah the terrorist". The Mexican drug dealer William Zois has a second job beside his Government job, which is drug dealing; he consumes the entire heroin that he could not sell. He is in a constant state of Mexican Heroin hallucination, Mexican heroin hysteria and Mexican heroin stupidity that is costing the US Tax payer from five to ten *Billion* Dollars in the span of the last twenty years.

- The Mexican drug dealer William Zois is trying to portrait Saadallah the disabled sick old man who cannot even walk on his feet as a "terrorist" whether he liked it or not, it is written in the Government books as such and it cannot be changed. The Mexican drug dealer William Zois is taking over Saadallah the disabled sick old man's phone disconnecting his phone calls, as if it is his phone, that means that Saadallah the disabled sick old man could die because he could not call an ambulance or his doctor or a hospital in an emergency situation, this is a capital

murder, the Mexican drug dealer William Zois should be prosecuted and executed by the firing squad. He is not a human being; he is a piece of garbage.

- What is the Mexican drug dealer William Zois is looking for? He is looking for stealing my bank account and property. The Mexican drug dealer William Zois thinks that my property and my bank account is his retirement golden nest. The Mexican drug dealer William Zois is locating my location using US Government's GPS, and then he call the Police scaring the hell out of them with his unfounded, fabricated, bogus malicious allegations that never existed. The Mexican drug dealer William Zois is hoping that the police would shoot Saadallah the disabled sick old man based on his lies and deception. Working for US Government does not entitle the Mexican drug dealer to steal my bank account and property.

- The Mexican drug dealer William Zois, his boss and the boss of his boss should be court marshaled and executed by firing squad because they are intentionally and deliberately spreading terror, panic, fear and anxiety in public places in The State of North Carolina , The State of New Jersey and The State of New York using unfounded, fabricated, bogus malicious allegations that is never existed and spending from five to ten billion dollars from US taxpayer money on a bogus allegations that never existed in the first place.